**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-30879
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

ELTON DUNN JR.,

Defendant-Appellant.

Appeal from the United States District Court
For the Middle District of Louisiana
(95-CR-63-A-M2)

June 11, 1997

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:

AFFIRMED.  See Loc. R. 47.6.